# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3243
LT Case No. 2021-DP-17

_____

S.P., FATHER OF A.P., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Angela M. Cox, Judge.

Jennifer Cogdill, Fleming Island, for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Sarah Todd Weitz, Senior Attorney, Appellate Division, for
Statewide Guardian ad Litem.

June 10, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____